ISRAEL FEINSOD, PETITIONER-RESPONDENT, v. L. & F. CONSTRUCTION CO., DEFENDANT-APPELLANT.

Argued October 20, 1939—Decided January 25, 1940.

For the appellant, *Kellogg & Chance (R. Robinson Chance,* of counsel).

For the respondent, *Louis L. Feinseth (Julius Slein,* of counsel).

PER CURIAM.

This case is ruled by *Savitt* v. *L. & F. Construction Co., and New Jersey Manufacturers Casualty Insurance Co.,* decided at the current term of this court, 124 *N. J. L.* 173.

Since the award of compensation to the injured employe here exceeded the amount of the recovery from the third party *tort feasor,* the attorney's fee allowed in the ascertainment of the amount of the credit was in accordance with the statute.

The judgment is accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.